

# THE STATE OF TEXAS
## MANDATE

TO THE 188TH DISTRICT COURT OF GREGG COUNTY, GREETINGS:

Before the Court of Appeals for the Sixth Court of Appeals District of Texas, on the 5th day of September, A.D. 2014, the cause upon appeal to revise or reverse your Judgment was determined; and therein our said Court made its order in these words:

Helen Butts Tipps, Sue Ethel McEachern, Estate of Flora L. Thompson, Perry Thompson, Jr., Independent Executor, Perry Thompson, Jr. and Sandra Sue Sartain, Appellants

No. 06-13-00033-CV

Trial Court No. 2009-2036-A

v.

Chinn Exploration Company, and Cherokee Royalty Syndicate, Howard P. Coghlan, Receiver, Appellees

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellants pay all costs of this appeal.

WHEREFORE, WE COMMAND YOU to observe the order of our said Court in this behalf, and in all things to have it duly recognized, obeyed, and executed.

WITNESS, the Hon. Josh R. Morriss, III, Chief Justice of our said Court of Appeals, with the seal thereof annexed, at the City of Texarkana, this the 12th day of June, A.D. 2015.

DEBRA K. AUTREY, Clerk